**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| INDEPENDENT PET PARTNERS | ) |
| HOLDINGS, LLC, *et al.*,[1] | ) Case No. 23-10153 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |
| NP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) ADV. PROC. NO. 23-50451 (LSS) |
| | ) |
| INDEPENDENT PET PARTNERS | ) |
| HOLDINGS, LLC, INDEPENDENT PET | ) |
| PARTNERS INTERMEDIATE HOLDINGS | ) |
| I, LLC, INDEPENDENT PET PARTNERS | ) |
| INTERMEDIATE HOLDINGS II, LLC, | ) |
| INDEPENDENT PET PARTNERS | ) |
| EMPLOYER HOLDINGS, LLC, | ) |
| INDEPENDENT PET PARTNERS | ) |
| EMPLOYER, LLC, INDEPENDENT PET | ) |
| PARTNERS INTERMEDIATE HOLDINGS, | ) |
| LLC, IPP - STORES, LLC, IPP STORES | ) |
| EMPLOYER, LLC, ESPECIALLY FOR | ) |
| PETS, LLC, PET LIFE, LLC, WHOLE PET | ) |
| CENTRAL, LLC, NATURAL PAWZ, LLC, | ) |
| PET SOURCE, LLC, and MR. STEVEN | ) |
| BALASIANO, not individually, but solely in | ) |
| his capacity as Trustee of THE IPP | ) |
| LIQUIDATING TRUST | ) |
| | ) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Independent Pet Partners Holdings, LLC (5913), Independent Pet Partners Intermediate Holdings I, LLC (4827), Independent Pet Partners Intermediate Holdings II, LLC (7550), Independent Pet Partners Employer Holdings, LLC (6785), Independent Pet Partners Employer, LLC (7531), Independent Pet Partners Intermediate Holdings, LLC (8793), IPP - Stores, LLC (6147), IPP Stores Employer, LLC (0847), Especially For Pets, LLC (6801), Pet Life, LLC (3420), Whole Pet Central, LLC (7833), Natural Pawz, LLC (5615), and Pet Source, LLC (1905). The corporate headquarters and the mailing address for the Debtors is 8450 City Centre Dr., Woodbury, MN 55125.

**ORDER APPROVING STIPULATION REGARDING
THE COMPLAINT OF NP ACQUISITION LLC, APPLICATION FOR
ALLOWANCE OF AN ADMINISTRATIVE EXPENSE UNDER
<u>11 U.S.C. § 503(b)(1), AND REQUEST FOR AN ACCOUNTING AND OTHER RELIEF</u>**

Upon consideration of the *Stipulation Regarding the Complaint of NP Acquisition LLC, Application for Allowance of an Administrative Expense under 11 U.S.C. § 503(b)(1), and Request for an Accounting and Other Relief* (the "<u>Stipulation</u>"), a copy of which is attached hereto as **<u>Exhibit 1</u>**; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and approval of the Stipulation being a core matter pursuant to 28 U.S.C. § 157(b)(2); and all parties in interest affected by the Stipulation having consented to the entry of this Order; and it appearing that no other notice of the same is required under the circumstances; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1.      The Stipulation is hereby approved. Immediately upon entry of this Order, the Stipulation shall become effective and binding.

2.      In accordance with the Stipulation, the above-captioned adversary proceeding (the "<u>Lawsuit</u>") is hereby dismissed, without prejudice to re-filing, in accordance with Rule 41 of the Federal Rules of Civil Procedure, as made applicable to this Lawsuit by Rule 7041 of the Federal Rules of Bankruptcy Procedure. All Parties (as defined in the Stipulation) shall bear their own costs and expenses, including attorney fees.

3.      The Parties are authorized to take any and all actions reasonably necessary to implement and effectuate the terms of the Stipulation.

4.      This Court retains jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

**Dated: August 28th, 2023
Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**